CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-7234
    Jeremy.Chu@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOLARA AHMADI AZAR, | CASE NO. 4:26-cv-04959-ASK |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER; ORDER (AS MODIFIED)** |
| v. | |
| DONALD J. TRUMP *et al.*, | |
| Defendants. | |

STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE; ORDER
4:26-CV-04959-ASK        1

Plaintiff Golara Ahmadi Azar ("Plaintiff") and Defendants Donald J. Trump, Markwayne Mullin, Joseph B. Edlow, Carrie M. Selby, U.S. Department of Homeland Security, and U.S. Citizenship and Immigration Services ("Defendants") hereby stipulate as follows:

WHEREAS, on May 26, 2026, Plaintiff filed a complaint (ECF No. 1) for declaratory, mandamus, and injunctive relief in the above-captioned action; and

WHEREAS, on June 1, 2026, Plaintiff filed a motion for temporary restraining order (ECF No. 11) to enjoin Defendants from applying PM-602-0192, PM-602-0194, and PA-2025-26 (the "Policies") to Plaintiff's Form I-765, Application for Employment Authorization; and

WHEREAS, the date on which Defendants must respond to the motion for temporary restraining order is June 12, 2026; and

WHEREAS, on June 5, 2026, the United States District Court for the District of Rhode Island in *Dorcas Int'l Inst. Of R.I. v. United States Citizenship & Immigr. Servs.*, No. 26-cv-132-JJM-PAS, 2026 WL 1622708 (D.R.I. June 5, 2026) ordered the Policies to be vacated and set aside; and

WHEREAS, in light of the decision in *Dorcas*, the parties have agreed that Defendants may have an additional seven days to respond to the motion for temporary restraining order to gain further clarity on the Policies, which have been ordered to be vacated, and to preserve the parties' and the Court's resources; and

WHEREAS, the parties previously submitted a stipulation for a briefing schedule for Plaintiff's motion for temporary restraining order (ECF No. 18); and

WHEREAS, this change will require a continuance of the Court's hearing of the motion for temporary restraining order currently scheduled on June 17, 2026, at 1:30 p.m.; and

NOW THEREFORE, the parties hereby STIPULATE, pursuant to Local Rule 6-1, that the time within which Defendants shall respond to the motion for temporary restraining order is extended to June 19, 2026 and respectfully request that the Court hear the motion on June 24, 2026, at 1:30 p.m.

Date: June 9, 2026

Respectfully submitted,[1]

CRAIG MISSAKIAN
United States Attorney

By:     _/s/ Nag Young Chu_
NAG YOUNG CHU
Assistant United States Attorney

*Attorneys for Defendants*

Date: June 9, 2026

*/s/ Carl Hurvich*
Carl Hurvich
Brooks Law Firm

Date: June 9, 2026

*/s/ Sarah L. Vuong*
Sarah L. Vuong
Ariela Lake Law & Consulting PLLC

*Attorneys for Plaintiff*

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE; ORDER
4:26-CV-04959-ASK                                    3

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

The following briefing schedule applies to the motion for temporary restraining order filed by Plaintiff on June 1, 2026.  Defendant shall file its opposition papers on or before June 19, 2026.  Plaintiff shall file any reply papers on or before June 22, 2026.

Date:    June 10, 2026

_____
HONORABLE AJAY S. KRISHNAN
United States Magistrate Judge