CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-7234
    Jeremy.Chu@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOLARA AHMADI AZAR, | CASE NO. 4:26-cv-04959-ASK |
|     Plaintiff, | **STIPULATION TO WITHDRAW MOTION FOR TEMPORARY RESTRAINING ORDER;** |
|   v. | **ORDER** |
| DONALD J. TRUMP *et al.*, | |
|     Defendants. | |

STIPULATION TO WITHDRAW MOTION FOR TRO; ORDER
4:26-CV-04959-ASK                                    1

Plaintiff Golara Ahmadi Azar ("Plaintiff") and Defendants Donald J. Trump, Markwayne Mullin, Joseph B. Edlow, Carrie M. Selby, U.S. Department of Homeland Security, and U.S. Citizenship and Immigration Services ("Defendants") hereby stipulate as follows:

WHEREAS, on May 26, 2026, Plaintiff filed a complaint (ECF No. 1) for declaratory, mandamus, and injunctive relief in the above-captioned action; and

WHEREAS, on June 1, 2026, Plaintiff filed a motion for temporary restraining order (ECF No. 11) to enjoin Defendants from applying PM-602-0192, PM-602-0194, and PA-2025-26 (the "Policies") to Plaintiff's Form I-765, Application for Employment Authorization; and

WHEREAS, the Court has scheduled a hearing on the motion for temporary restraining order on June 24, 2026, at 1:30 p.m.; and

WHEREAS, the date on which Defendants must respond to the motion for temporary restraining order is June 19, 2026; and

WHEREAS, on June 5, 2026, the United States District Court for the District of Rhode Island in *Dorcas Int'l Inst. Of R.I. v. United States Citizenship & Immigr. Servs.*, No. 26-cv-132-JJM-PAS, 2026 WL 1622708 (D.R.I. June 5, 2026) ordered the Policies to be vacated and set aside; and

WHEREAS, on June 16, 2026, U.S. Citizenship and Immigration Services approved Plaintiff's Form I-765, Application for Employment Authorization; and

WHEREAS, in light of the decision in *Dorcas* and the approval of Plaintiff's Form I-765 application, the parties have agreed that Plaintiff will withdraw her motion for temporary restraining order; and

NOW THEREFORE, the parties stipulate and respectfully request that the Court vacate the currently pending motion for temporary restraining order and vacate the Court's scheduled hearing of the motion.

Date: June 18, 2026                                   Respectfully submitted,[1]

                                                      CRAIG MISSAKIAN
                                                      United States Attorney

                                          By:      _/s/ Nag Young Chu_
                                                      NAG YOUNG CHU
                                                      Assistant United States Attorney

                                                      *Attorneys for Defendants*


Date: June 18, 2026                                   _/s/ Carl Hurvich_
                                                      Carl Hurvich
                                                      Brooks Law Firm


Date: June 18, 2026                                   _/s/ Sarah L. Vuong_
                                                      Sarah L. Vuong
                                                      Ariela Lake Law & Consulting PLLC

                                                      *Attorneys for Plaintiff*

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIPULATION TO WITHDRAW MOTION FOR TRO; [PROPOSED] ORDER
4:26-CV-04959-ASK                          3

## ORDER

Pursuant to stipulation of the parties, and good cause appearing, IT IS SO ORDERED that Plaintiff's motion for temporary restraining order is dismissed without prejudice and that the hearing date for the motion for temporary restraining order is vacated.

Date: June 22, 2026

_____
HONORABLE AJAY S. KRISHNAN
United States Magistrate Judge